FILED: August 13, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2095
(8:26-cv-01834-JRR)

---

In re: ADMINISTRATIVE SUBPOENAS TO CHILDREN'S HOSPITALS

Appellee

------------------------------

U.S. ATTORNEY FOR THE DISTRICT OF MARYLAND; UNITED STATES DEPARTMENT OF JUSTICE; U.S. DEPARTMENT OF JUSTICE, JUSTICE MANAGEMENT DIVISION

Respondents - Appellants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:26-cv-01834-JRR |
| Date notice of appeal filed in originating court: | 08/07/2026 |
| Appellant(s) | U.S. Attorney for the District of Maryland, U.S. Department of Justice, U.S. Department of Justice, Justice Management Division |
| Appellate Case Number | 26-2095 |
| Case Manager | P. Ballard<br>804-916-2702 |