FILED: September 29, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2095
(8:26-cv-01834-JRR)

---

In re: ADMINISTRATIVE SUBPOENAS TO CHILDREN'S HOSPITALS

Appellee

------------------------------

U.S. ATTORNEY FOR THE DISTRICT OF MARYLAND; UNITED STATES DEPARTMENT OF JUSTICE; U.S. DEPARTMENT OF JUSTICE, JUSTICE MANAGEMENT DIVISION

Respondents - Appellants

---

O R D E R

---

Upon consideration of appellants' unopposed motion for abeyance, the court grants the motion and places this case in abeyance pending a decision by this court in *In re 2025 Subpoena to Children's National Hospital*, No. 26-1104.

For the Court

/s/ Nwamaka Anowi, Clerk